# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>ERIC TROY BALLARD, JR. | | | | | EXHIBIT LIST<br><br>Criminal No. 20-243(6) (JRT/HB) |
|---|---|---|---|---|---|
| **PRESIDING JUDGE**<br>Hon. Hildy Bowbeer | | | | | **PLAINTIFF'S ATTORNEY**<br>Benjamin Bejar<br>Assistant U.S. Attorney | **DEFENDANT'S ATTORNEY**<br>A.L. Brown, Esq. |

| COMPETENCY HEARING DATE(S)<br>August 25, 2021 | COURT REPORTER<br>Lynne Krenz | COURTROOM DEPUTY<br>MJA |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 8/25 | x | x | Curriculum vitae – Lisa D. Bellah, Ph.D. |
| 2 | | 8/25 | x | x | Psychological Evaluation Report on Ballard, dated May 21, 2021, filed as ECF No. 215, on June 21, 2021 |
| 3 | | 8/25 | x | x | Addendum to Psychological Evaluation Report on Ballard, filed as ECF No. 236, on July 13, 2021 |
| | A | 8/25 | x | x | AbbeyCare Choice, Inc. Records |
| | B | 8/25 | x | x | Treehouse Psychology Evaluation Report, dated 1/24/2020 |
| | C | 8/25 | x | x | Ramsey County Juvenile Probation Mental Health Diagnostic Exam, dated 10/28/2019 |
| | D | 8/25 | x | x | St. Paul Public Schools Evaluation Report, dated 11/15/2019 |
| | E | 8/25 | x | x | St. Paul Public Schools IEP 2020 |