# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>ISAIAH STACY ALSTAD | | | | | GOVERNMENT'S WITNESS &<br>EXHIBIT LIST<br><br>Case No. 20-cr-243(3) (JRT/HB) |
|---|---|---|---|---|---|
| **PRESIDING JUDGE**<br>Hon. Hildy Bowbeer | | | | | **PLAINTIFF'S ATTORNEY**<br>Benjamin Bejar<br>Assistant U.S. Attorney ... **DEFENDANT'S ATTORNEY** George R. Dunn, Esq. |
| **HEARING DATE(S)**<br>February 14, 2022 | | | | | **COURT REPORTER** Maria Weinbeck ... **COURTROOM DEPUTY** MJA |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| X | | 02/14 | N/A | X | Witness: ATF SA Nicholas S. McAdams |
| 1 | | 02/14 | X | X | Isaiah Stacy Alstad – Federal bench warrant, executed 12.16.20 |
| 2 | | 02/14 | X | X | Eric Troy Ballard, Jr. – Federal bench warrant, executed 12.16.20 |
| 3 | | 02/14 | X | X | Application, Search Warrant, and Return, dated 12.16.20, for XXXX 3rd Street NE, Unit #1, Columbia Heights, MN 55421 |
| 4 | | 02/14 | X | X | Columbia Heights Police, ICR 20-300554, Evidence / Property Receipt, dated 12.16.20 |